# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| VINCENT E. TUK, as surviving spouse of Nancy Lee Tuk, deceased, | * * * | |
| Plaintiff, | * * | CIVIL ACTION NO.: 2:19-cv-134 |
| v. | * * | |
| U.S. EXPRESS, INC.; and MICHAEL LYNN CARTER, | * * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| NATHAN CORRELL, individually; and CAITLYN CORRELL, | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 2:19-cv-135 |
| v. | * * | |
| U.S. EXPRESS, INC.; and MICHAEL LYNN CARTER, | * * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| COURTNEY CORRELL, | * * * | |
| Plaintiff, | * * | CIVIL ACTION NO.: 2:19-cv-136 |
| v. | * * | |
| U.S. EXPRESS, INC.; and MICHAEL LYNN CARTER, | * * * | |
| Defendants. | * | |

AO 72A
(Rev. 8/82)

| | |
|---|---|
| JENNIFER CORRELL, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:19-cv-162 |
| v. | * |
| U.S. EXPRESS, INC.; and MICHAEL LYNN CARTER, | * |
| Defendants. | * |

## ORDER

Before the Court is the parties' joint stipulation of dismissal,[1] wherein they notify the Court that they wish to dismiss all claims against Defendant Michael Carter with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendant Carter are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. Plaintiffs' claims against Defendant U.S. Xpress, Inc. remain pending.

**SO ORDERED,** this 10 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Dkt. No. 169 in Case No. 2:19cv134; Dkt. No. 155 in Case No. 2:19cv135; Dkt. No. 154 in Case No. 2:19cv136; and Dkt. No. 126 in Case No. 2:19cv162.

AO 72A
(Rev. 8/82)